SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:    (702) 257-1997
Facsimile:    (702) 257-2203
Email: ssplaine@lgclawoffice.com

*Attorneys for Defendant, National Enterprise Systems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL WOOLFENDEN,<br><br>            Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC.<br>and STUDENT LOAN XPRESS, INC.,<br><br>            Defendants. | Case No. 2:21-cv-01071-APG-BNW<br><br><br>STIPULATION TO EXTEND TIME TO<br>RESPOND TO COMPLAINT |

Plaintiff, Joel Woolfenden ("Plaintiff") and Defendant, National Enterprise Systems, Inc. ("Defendant"), through undersigned counsel, hereby stipulate and agree that Defendant National Enterprise Systems, Inc. shall have a 14-day extension of time, until August 20, 2021, to respond to the Complaint.  Plaintiff and Defendant are engaged in informal discovery and settlement discussions, and the additional time to respond to the Complaint will facilitate these discussions.

///

///

1    This stipulation is filed in good faith and not intended to cause any delay.

2    Dated: <u>August 5, 2021</u>

3

4    **AGREED TO BY:**

5

6    */s/  Michael Kind*                          */s/  Shannon G. Splaine*

7    ————————————————          ————————————————
     Michael Kind, Esq.                           Shannon G. Splaine, Esq.
8    Nevada Bar No. 13903                         Nevada Bar No. 8241
     Kind Law                                     Lincoln, Gustafson & Cercos, LLP
9    8860 S. Maryland Parkway, Suite 106          3960 Howard Hughes Parkway, Suite 200
10   Las Vegas, NV  89123                         Las Vegas, NV  89169
     *Attorney for Plaintiff,*                    *Attorney for Defendant,*
11   *Joel Woolfenden*                            *National Enterprise Systems, Inc.*

12

13

14
                                                  **IT IS SO ORDERED**
15

16                                                **DATED: August 09, 2021**

17

18

19                                                ————————————————

20                                                **BRENDA WEKSLER**
                                                  **UNITED STATES MAGISTRATE JUDGE**
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28