SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:    (702) 257-1997
Facsimile:     (702) 257-2203
Email: ssplaine@lgclawoffice.com

*Attorneys for Defendant, National Enterprise Systems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL WOOLFENDEN,<br><br>          Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC. and STUDENT LOAN XPRESS, INC.,<br><br>          Defendants. | Case No. 2:21-cv-01071-APG-BNW<br><br>SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Plaintiff, Joel Woolfenden ("Plaintiff) and Defendant, National Enterprise Systems, Inc. ("Defendant"), through undersigned counsel, hereby stipulate and agree that Defendant National Enterprise Systems, Inc. shall have an additional 14-day extension of time, until September 3, 2021, to respond to the Complaint.  This Second Requested Extension is due to continued and on-going informal discovery and settlement discussions between Plaintiff and Defendant.  The additional time to respond to the Complaint will continue to facilitate these discussions and negotiations.

This stipulation is filed in good faith and not intended to cause any delay.

Dated: <u>August 20, 2021</u>

**AGREED TO BY:**

| | |
|---|---|
| /s/  Michael Kind | /s/  Shannon G. Splaine |
| _____ | _____ |
| Michael Kind, Esq. | Shannon G. Splaine, Esq. |
| Nevada Bar No. 13903 | Nevada Bar No. 8241 |
| Kind Law | Lincoln, Gustafson & Cercos, LLP |
| 8860 S. Maryland Parkway, Suite 106 | 3960 Howard Hughes Parkway, Suite 200 |
| Las Vegas, NV  89123 | Las Vegas, NV  89169 |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Joel Woolfenden* | *National Enterprise Systems, Inc.* |

**Order**

**IT IS SO ORDERED**

**DATED:** 3:35 pm, August 23, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**