George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Joel Woolfenden*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joel Woolfenden,<br>          Plaintiff,<br>     v.<br>National Enterprise Systems,<br>          Defendant. | Case No.: 2:21-cv-01071-APG-BNW<br><br>**Notice of settlement between Plaintiff and National Enterprise Systems** |

The dispute between Joel Woolfenden ("Plaintiff") and National Enterprise Systems ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 2, 2021.

**Order**
IT IS ORDERED that the parties must file a stipulation to dismiss or a joint status report by 11/3/2021.
   **IT IS SO ORDERED**
   **DATED:** 1:20 pm, September 03, 2021

   *[signature]*
   **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

FREEDOM LAW FIRM
 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Joel Woolfenden*

NOTICE                              - 1 -